FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

01 MAY -8 PM 1:48

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| HENRY JAMES BAGGETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-01-H-350-NE |
| | ) | |
| JOE WHISANTE, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED

MAY - 8 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 5, 2001, recommending that the plaintiff's claims in this action filed pursuant to 42 U.S.C. § 1983 against Sheriff Joe Whisante, Dr. Sharp and RN Kennedy be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the claims against Sheriff Whisante, Dr. Sharp and RN Kennedy are due to be dismissed for failing to state a claim upon which relief can be granted to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 8th day of MAY, 2001.

_____
JAMES H. HANCOCK
SENIOR JUDGE

15